# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO )
(B15769) Plaintiff )
)
vs. ) Case No. 08-1050
)
DR. FISHER, DR GARLICK; )
NURSE SCOTT BAKER; )
DR. LINDA ZHANG; )
DR. ANGUS; DR. COCO, )
Defendant(s) )

## COMPLAINT

☒ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☐ Other _____

*Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.*

Now comes the plaintiff, DONALD MASCIO #B15769, and states as follows:

My current address is: P.O. BOX 99 · 700 W. LINCOLN PONTIAC, IL. 61764

The defendant DR. FISHER 7AM — 3PM, is employed as PSYCHIATRIST at PONTIAC PRISON 700 W. LINCOLN PONTIAC, IL. 61764

The defendant DR. GARLIC & DR. COCO 7AM — 3PM, is employed as PSYCHIATRIST at PONTIAC PRISON

1.

The defendant SCOTT BAKER, is employed as NURSE PRACTITIONER 7AM - 3PM at PONTIAC PRISON

The defendant LINDA ZHANG, is employed as DOCTOR 7AM - 3PM at PONTIAC PRISON

(revised 9/96)

The defendant ANGUS, ALTON, is employed as PSYCHOLOGIST 7AM - 3PM at PONTIAC PRISON

Additional defendants and addresses    N/A

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

**LITIGATION HISTORY**

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?    Yes ☐    No ☒

If yes, please describe    N/A

B. Have you brought any other lawsuits in state or federal court while incarcerated?
   Yes ☒    No ☐

C. If your answer to B is yes, how many? YES   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

  1. Parties to previous lawsuit:
     Plaintiff(s)    DONALD MASCIO
     Defendant(s) _____

  2. Court (if federal court, give name of district; if state court, give name of county)
     U.S. DISTRICT COURT —

2.

___Southern Dist. of IL. Benton Office___

3. Docket Number/Judge

___07-740-WDS___

4. Basic claim made

___Sexually Assulted, Physical Assults and Double Jeapordy Violations.___

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it still pending?)

___Still Pending___

6. Approximate date of filing of lawsuit ___10-22-07___

7. Approximate date of disposition ___10-22-09___

For additional cases, provide the above information in the same format on a separate page.

EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?  Yes ☑  No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?  Yes ☑  No ☐  If your answer is no, explain why not ___N/A___

C. Is the grievance process completed?  Yes ☑  No ☐

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

3.

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

## STATEMENT OF CLAIM

Place of the occurrence ___PONTIAC PRISON___

Date of the occurrence ___APPROX. 5-07 till PRESENT___

Witnesses to the occurrence ___SEE BELOW___

State here briefly the FACTS that support your case. Describe how EACH defendant is involved.
Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph.
Unrelated claims should be raised in a separate civil action.
THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

(CMT Beasley would walk away ignoring me (and medication) when I needed medication. She wouldn't take my money vouchers. She had a bad attitude with Pontiac inmates. When I did see someone they would brush me off as if I didn't have a serious problem. After complaining for one year, I filed a grievance being fed up with their lies. I exhausted my remedies, according

I currently still have fevers and back pains and remain sick. For about 2 mos & two weeks their havent been any money vouchers (for me to register for health care services) I want the doctors to properly handle their duties or not work at this place where you must handle your job responsibly. My glasses I remember

5.

took over 14 months to get. I only received them on 12-29-07. Dr. Fisher then took my medications from me for 7 months wrongfully from 30 A 4-07' through 12-07'. My other medications were for my heart and I didn't get X-rays until 12 months later. Food Posion Scott Baker refused to treat me when I was bruised up (neck), in pain (leg & foot), I had requested X-rays. This was barbaric & violated my 8th & 14 Ammendment rights and equal protection rights. My eye glasses are a serious medical issue. The eye doctor that was at Pontiac wasn't doing his Job. He never wrote me about an eye exam, then my eyes were infected and I caught "Pink-eye" because of his failure to treat me. I had glass inside of my eyes that I couldn't remove and they were scratched because of this. Then when I got my glasses the prescription was wrong as they sought to exchange my lenses. Dr. L. Zhang was responsible ALSO for Dr. Zhang refused to treat me and Dr. Hagus, Garlick and Fisher each refused to properly treat my conditions thus violating my civil rights, for failure to properly treat my mental health conditions and my medical conditions.

## RELIEF REQUESTED

*(State exactly what relief you want from the court.)*

FOR THE Alleged VIOLATIONS PLAINTIFF Desires $75,000 (USC) IN NOMINAL, PUNATIVE, AND COMPENSATORY dAMAges TO Be ordered Paid BY THE Defendants (JOINTLY AND SEVERLY) WITH ANY OTHER RELIEF THIS COURT SEEMS JUST AND FIT.

**JURY DEMAND**      Yes [X]      No [ ]

Signed this February day of 12, 2008.

x Donald Mascio
*(Signature of Plaintiff)*

| Name of Plaintiff: | Inmate Identification Number: |
|---|---|
| DONALD MASCIO | B15769 |
| Address: P.O. BOX 99 Pontiac, IL. 61764 · 700 W. LINCOLN | Telephone Number: N/A |

7.