IN THE UNITED STATES COURT
CENTRAL DISTRICT OF ILLINOIS

People of the State of ILLINOIS ( DOCKET NO. 08-1050
 -VS-
Donald Mascio                    ( Honorable Judge
Motion to Proceed informa
Pauperis and Appoint cousel     ( Judge Presiding

Petitioner, Mascio, comes before the Court and respectfully Requests that he be premitted to file the Attached petition for 42 U.S.C. 1983 (suit against state officals for constitutional violations) informa pauperis and to have an attorney appointed to represent him in the proceeding.
In support of this request, petitioner states:

1.) That he is presently incarcerated in (Pontiac correctional center.

2.) That he is without any income or assets with which to pay for the cost of this litiagation or to procure counsel.

WHEREFORE, Petitioner prays that he be granted leave to file and to proceed informa pauperis in the above captioned petition for 42 U.S.C. 1983 and to have counsel appointed to represent him in this proceeding. Respectfully Submitted subscrided and sworn s/s Donald Mascio B15769 to before me this 12, of FEB. 2008 Petitioner, pro se

PAGE 8

## AFFIDAVIT OF AFFIRMATION UNDER PENALTY OF PERJURY

I, Donald Mascio #B15769, affiant, do hereby declare and affirm under penalty of perjury as defined in 735 ILCS 5/1-109, 28 USC 1746 or 18 USC 1621 that everything contained herein is true and accurate to the best of my knowledge and belief. I further declare and affirm that the contents of the foregoing document(s) is/are known to me and is/are accurate to the best of my knowledge and belief. Finally, I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

Signed on this February day of 12, 2008.

X Donald Mascio
Affiant