

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

PAMELA E. ROBINSON
CLERK OF COURT

TEL: 309.671.7117
FAX: 309.671.7120

OFFICE OF THE CLERK
309 U.S. COURTHOUSE
100 N.E. MONROE STREET
PEORIA, ILLINOIS 61602

February 14, 2008

INMATE NAME AND # Donald Mascio B15769

CASE NUMBER: 08-1050

Trust Fund Department
Pontiac Correctional Center
P.O. Box 99
700 W. Lincoln
Pontiac, IL 61764

The Clerk of the Court recently received a complaint and a petition to proceed in forma pauperis from the above named inmate.  In order for the Court to determine whether s/he is entitled to proceed in forma pauperis, the Court must review his/her trust fund ledgers for the six months immediately proceeding receipt of his/her complaint.   Therefore, the Clerk of the Court respectfully requests that you provide to the Court a copy of the above named inmate's trust fund ledgers for the period **August 13, 2007 thru February 13, 2008**, within fourteen days of the date of this letter.   Please mail the trust fund ledgers to:

United States District Court
Central District Of Illinois
309 Federal Building
100 N.E. Monroe
Peoria, IL 61602

Please refer to the above referenced case number when submitting the trust fund ledgers.  Thank you.

Sincerely,

Pamela E. Robinson

Clerk, U.S. District Court

cc: Inmate