# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### AT PEORIA

### VIDEO WRIT

| CASE NAME: Donald Mascio vs. Dr. Fisher, et al. | CASE NO. 08-1050 | Beginning Date of Hearing: 3/10/08 at 9:30 AM | Type of Hearing: Merit Review  Length of Hearing: one hour |
|---|---|---|---|

**TO: THE WARDEN OF PONTIAC CORRECTIONAL CENTER**

WE COMMAND that you make the following inmate available at a designated Department of Corrections video conference facility to appear in the above proceeding before the HONORABLE Harold A. Baker, UNITED STATES DISTRICT JUDGE sitting at Urbana, Illinois.

### PERSONS TO APPEAR BY VIDEO
### ORDER OF APPEARANCE

| NAME | ID. NO. | LOCATION | DATE TO APPEAR | Time to Appear |
|---|---|---|---|---|
| Donald Mascio | B-15769 | Pontiac Corr Center | Mon, 3/10/08 | 9:30 a.m. |
| Judge Harold A. Baker | n/a | Fed. Crthse in Urbana, IL | Mon, 3/10/08 | 9:30 a.m. |
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

Dated:   February 14, 2008

Pamela E. Robinson, CLERK
UNITED STATES DISTRICT COURT

BY: __s/R. Knox_____
     DEPUTY CLERK

CC: Video Clerk
 Faxed to: Warden of Pontiac Correctional Center

Format and wording approved by IDOC Legal Counsel 2/11/98

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

**To:** Warden, Pontiac Correctional Center
815/842-3051
Urbana Video Clerk 217-373-5834

**Date:** 08-1050
3/10/08 at 9:30 a.m.

**Pages:** 2, including this cover sheet.

**From:** R. Knox

**Subject:** Scheduling of Video Conferencing Equipment

COMMENTS:
    Wardens:
        Attached is the video writ for inmate/witnesses at your institution./location.  Please refer to the attached schedule and call if you have any questions.

# FAX TRANSMISSION

**CENTRAL DISTRICT OF ILLINOIS**
309 FEDERAL BUILDING, 100 N.E. MONROE
PEORIA, IL 61602
309-671-7117
FAX: 309-671-7120

| | | | |
|---|---|---|---|
| **To:** | IDOC, Video Scheduler, | **Date:** | February 14, 2008 |
| **Fax #:** | 217/522-3568 | **Pages:** | 2, including this cover sheet. |
| **From:** | R. Knox | | |
| **Subject:** | Scheduling of Video Conferencing Equipment | | |

COMMENTS: This is for 08-1050

    IDOC, Video Scheduler:
        Please schedule the video time as indicated. THIS IS A POINT to POINT CONNECTION. If you have any questions, please do not hesitate to call me.

*Confirmation needed*

Format and wording approved by IDOC Legal Counsel 2/11/98