IN THE UNITED STATES DISTRICT
CENTRAL DISTRIST

DONALD MASCIO # B15769
PETITIONER, PRO SE,
vs                                  CASE NO: 1:08-CV-1050
PEOPLE OF THE
STATE OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

THE UNDERSIGNED PETITIONER, DONALD MASCIO RESPECTFULLY MOVES THE COURT PURSUAT 735/ILCS 5/5-109 TO APPOINT COUNSEL FOR HIM CAUSE HE IS A MENTALLY ILL PRISONER AND IN THIS CAUSE IN SUPPORT PETITIONER MASCIO STATES THE FOLLOWING:

1. HE HAS BEEN INCARCERATED CONTINOUSLY SINCE DEC 05, 2005 AND IS PRESENTLY IN CUSTODY, ILLINOIS, COUNTY OF LIVINGSTON.

2. HE IS WITHOUT SUFFICENT FUNDS, INCOME, IN WHICH TO PAY THE COST OF THESE PRECEEDING, OR TO EMPLOY AN ATTORNEY TO REPRESENT ME IN THIS MATTER.

3. HE IS WITHOUT THE SERVICES OF COUNSEL TO REPRESENT ME IN THIS MATTER AND HE WISH THE COURT TO APPOINT COUNSEL TO REPRESENT HIM IN THIS MATTER DO TO HIM BEING MENTALLY ILL.

4. HE HAS ATTACHED A 6 MONTH TRUST FUND LEDGER DETAILING HIS INDIGENCE.

5. HE BELIEVE IN GOOD FAITH THAT HE HAS A MERIT-

PAGE - 1

CONT.

erous claim.
Respectfully Submitted
Donald Mascio #B15769
Petitioner, Pro Se,

<u>VERIFICATION OF CERTIFICATION</u>
I DONALD MASCIO #B15769 AM THE PETITIONER IN THE ABOVE MATTER, I HAVE READ THE FOREGOING AND HAVE KNOWLEDGE OF ITS CONTEINTS. UNDER PENALTIES AS PROVIDED BY LAW PURSUANT TO 735 ILCS 5/109 OF THE CODE OF CIVIL PROCEDURES. I CERTIFY THAT THE FOREGOING MOTION IS TRUE AND CORRECT.

Donald Mascio #B15769
Petitioner, Pro Se
P.O. Box 99
Pontiac Ill 61764

Page - 2

U.S. DISTRICT COURT       DONALD MASCIO    CASE NO: 1:08-1050
CENTRAL DISTRICT              vs
                          FISHER ET AL

## AFFIDAVIT

I DO HEREBY DECLARE AND AFFIRM THAT THE FOLLOWING INFORMATION WITH THIS AFFIDAVIT IS TRUE AND CORRECT IN SUBSTANCE AND IN FACTS:

TO HONORABLE JUDGE HAROLD A. BAKER FOR CASE NO: 1:08-CV-1050 UNDER JACKSON vs COUNTY OF MCLEAN, 953 F.2d 1070, 1072-73 (7th Cir 1999) PLAINTIFF IS UNABLE TO FIND PRIVATE COUNSEL MUCH LESS RETAIN PRIVATE COUNSEL DUE TO POLYFACTORS. THOSE FACTORS INCLUDE PLAINTIFF IS ON OR CURRENTLY PRESCRIBED AN ANTI-PSYCHOTIC MEDICATION. THIS MEDICATION ALLOWS FOR PLAINTIFF TO REMAIN IN A STATE OF HAZE AND DROWSINESS. FURTHERMORE, PLAINTIFF HAS NO ACCESS TO A TELEPHONE IN THE PONTIAC CORRECTIONAL CENTER AND PLAINTIFF DOES NOT KNOW HOW TO USE TECHNICAL LEGAL BROWSING AS A TRANSPORT TO LEGAL SERVICES. THIS IS DO TO THE LACK OF EDUCATION THAT PLAINTIFF HAS. ALSO, PLAINTIFF IS DISABLED BY HIS DIAGNOSIS BEING 1, POST STRESS DISORDER, 2, MANIC DEPRESSION, 3, BI-POLAR, SO FOR PLAINTIFF TO BE REASONABLY SOUND TO REPRESENT HIMSELF WOULD BE A MISCARRIAGE OF JUSTICE AND TO DENY PLAINTIFF APPOINTMENT OF COUNSEL WOULD BE AN IMBALANCE OF LIBERTY BEING THAT ATTORNEY GENERAL WILL REPRESENT DEFENDANTS IN CAUSE. PURSUANT TO 28 USC 1746 18 USC 1621 OR 735 ILCS 5/1-109, I DECLARE, UNDER PENALTY OF PERJURY, THAT EVERYTHING

Page-1

page 2 of 2

CONTAINED HEREIN IS TRUE AND ACCURATE TO THE BEST OF MY KNOWLEDGE AND BELIEF, I DO DECLARE AND AFFIRM THAT THE MATTER AT HAND IS NOT TAKEN EITHER FRIVOLOUSLY OR MALICIOUSLY AND THAT I BELIEVE THE FOREGOING MATTER IS TAKEN IN GOOD FAITH.

SIGNED ON THIS 10 DAY OF MARCH, 2008

DONALD MASCIO #B15769
AFFIANT

ATTENTION:
HERE IS A BRIEF EXPLANATION OF WHAT EACH DEFENDANT DIDNT DO TO HELP PLAINIFF

1. ON SEPT 10, 2004 I SEEN DR. GARLIC (PSYCHOLOGIST), ALONE WITH NURSE JOYCE, I INFORM DR. GARLIC AND NURSE JOYCE THAT I WAS IN EXTREME PAIN FROM THE NECK AND THROUGHOUT MY BACK AND I WAS BEARLY ABLE TO MOVE BECAUSE THE PAIN WAS SO UNBEARABLE. I LITERALLY BEG DR. GARLIC & NURSE JOYCE TO HELP ME GET SOME MEDICAL CARE TREATMENT FOR THE PAIN I WAS EXPERIENCE, BUT DR. GARLIC & NURSE JOYCE IGNORE MY PLEA AND KNOWING THAT I WAS IN EXTREME PAIN, DENYING ME THE PROPER AND ADEQUATE MEDICAL CARE TREATMENT FOR MY SERIOUS MEDICAL NEED, INSTEAD DR. GARLIC, PUT ME ON SUICIDE WATCH.

2. MAY 23, 2007.
I SEEN DR ANGUS ALTON (PSYCHOLOGIST), I INFORM DR. ALTON, THAT I WAS IN VERY EXTREME AND EXCRUCIATING PAIN & SUFFERING DR. ALTON IGNORE ME COMPLETELY. HE DID ABSOLUTELY NOTHING TO HELP ME OR ASSIST ME IN OBTAINING THE PROPER AND ADEQUATE MEDICAL CARE TREATMENT. THE SERIOUSNESS OF THE INCIDENT WAS FAIRLY OVER LOOKED. DR. ALTON, HAD THE AUTHORITY TO PRESCRIBE OR ADMIT ME TO HEALTH CARE BUT REFUSED. INSTEAD DR. ALTON, SENT ME BACK TO MY CELL TO ENDURE MORE SUFFERING, REFUSING TO PROVIDE ME WITH THE PROPER AND ADEQUATE MEDICAL TREATMENT.

CONT:

3. November 14, 2006 AND June 14, 2007

I seen Nurse Scott Baker, for my back and neck pain from an incident that happen at Vandalia Corr Center. I explain to Nurse Baker that I was in serious pain. Nurse Baker refuse to examine me, refusing to provide for me the adequate medical attention for my serious medical needs. Nurse Scott Baker, did absolutely nothing for me. In fact, Baker, refuse to give me any thing for the pain and suffering. Nurse Baker sent me back to my cell while knowing that I was in extreme pain and denying me the proper and adequate medical care.

4. January 11, 2007

I seen Dr. Zhang, and Nurse Baker again, at this time I explain to Dr. Zhang, that I was in extreme pain and having a very difficult time moving around, Dr. Zhang, still refuse to treat me accordingly. I tried several, various of time to try and obtain some form of medical treatment but I did not receive any type of positive response, instead Dr. Zhang sent me back to my cell to endure more pain & suffering. Dr. Zhang, still continue to deny me medical care as well as the adequate medical attention for such sever pain and suffer this Dr subjected me to pain suffering, and mental anguish because this Dr also knows I have a very critical mental health problem

IN THE
**U.S DISTRICT COURT**
**CENTRAL DISTRICT OF ILLINOIS**

DONALD MASCIO #B15269 )
Plaintiff/Petitioner )
)
Vs. ) No. 1:08-CV-1050
)
FISH ET AL )
Defendant/Respondent )

PROOF/CERTIFICATE OF SERVICE

TO: OFFICE OF THE CLERK        TO: _____
JOHN WATERS                        _____
100 N.E. MONROE                    _____
PEORIA ILL 61602                   _____

PLEASE TAKE NOTICE that on **March 10**, 20**08**, I placed the documents listed below in the institutional mail at **PONTIAC** Correctional Center, properly addressed to the parties listed above for mailing through the United States Postal Service **MOTION FOR APPOINTMENT OF COUNSEL SUPPORTED BY A VERIFICATION OF CERTIFICATION, AFFIDAVIT AND PROOF/CERTIFICATION OF SERVICE AND 2 PAGE LETTER**

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109 I declare, under penalty of perjury that I am a named party in the above action, that I have read the above documents, and that the information contained therein is true and correct to the best of my knowledge and belief.

DATED: **3-10-08**    /s/ **Donald Mascio**
Name: DONALD MASCIO
IDOC No. B15769
**PONTIAC** Correctional Ctr.
POB **99**
**PONTIAC**, IL **61764**