FILED
APR 29 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

MASCIO v. FISHER ET AL
CASE # 1050
E-FILED
Tuesday, 29 April, 2008 11:33:59 AM
Clerk, U.S. District Court, ILCD

Dear Clerk of the Courts                         4-27-08

My name is Donald Mascio B15769, i will be leaving Pontiac correctional center to go home on May 15, 2008. So i am letting you know of my Parole date. My new address is Donald Mascia 6421 S. Richmond Chicago Ill. 60629 773-471-0426. I pray that the courts of this Honorable Judge Harold Baker grants me of my change of address. I will be living with my mother which i will be taking care of on my release of incarceration. Doctor Fisher is working in Dixon correctional center.
P.S.
The other defendant is Doctor Silvia Mahone medical Director.

Respectfully Submitted

Donald Mascia