Donald Mascio

on May 15, 2008 i was at Pontiac correctional center to parole at Fayette county jail on terms of parole then to report to Parole officer Bruce Esenhoward. Then to be reasigned to chicgo parole agent. I am very sorry of this matter of what type of agreement to be released on Mandatory supervise release so for the record my new address is Fayette county jail location Vandalia Ill.

FILED
MAY 20 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

civil suit 1983  Mascio v. Fisher 08-1050

Respectfully Submitted
Donald Mascio

IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT

FAYETTE COUNTY, VANDALIA ILLINOIS

THE PEOPLE OF THE STATE OF ILLINOIS )

NO. 03CF000011

WASCO, DONALD B 15780

VS.

WARRANT OF ARREST

TO ALL PEACE OFFICERS OF THE STATE OF ILLINOIS:

You are hereby commanded to arrest WASCO, DONALD B 15780,

Address: 01 N PONTIAC CORRECTIONAL CENTER BX2.99
PONTIAC    IL    61764-0099

a male/female person whose date of birth is on or about 4/10/1971,
and bring said person without unnecessary delay before SCHWARM
Judge of the Circuit Court of the Fourth Judicial Circuit Fayette County,
in the Courtroom usually occupied by him in the Fayette County Courthouse
in the City of Vandalia, if he is absent or unable to act, before the nearest
or most accessible Court in said County, to answer to charges made against
said person for the offense of AGG BATTERY/GBH 830/BKP DMG
and hold said person to bail.

X Defendant's failure to appear in court on XXXXXX 03/18/08.
__ Defendant's failure to pay as ordered by the court.
__ Other _____

Limitations on Warrant:
__ No Limitations
X Illinois Only
__ Illinois Only South of Interstate 80
__ Fayette County & Adjoining Counties

The amount of bail is $1000000.00

ISSUED AT VANDALIA, FAYETTE COUNTY, ILLINOIS, this day

March 18 , at 08

_____
Judge

STATE OF ILLINOIS COUNTY OF FAYETTE    RETURN OF SERVICE

I have executed the within Warrant by arresting the within-named defendant
in accordance with the provisions of Paragraph 110-4, Chapter 38, Illinois
Revised Statutes, defendant released on bail in sum of $_____ with
security: _____

Surety: _____

this ____ day of _____ 20 ___ to appear in court on
the ____ day of _____ 20 ___ at ____ o'clock Central
Time. Fees: Services and Return _____ Mileage 175 mi
TOTAL $_____

4-10-71   84
Ofc. Kelvin Worker

ILLINOIS DEPARTMENT OF CORRECTIONS

REPORTING INSTRUCTIONS

| MASCIO, DONALD | PONTIAC |
|---|---|
| (RELEASEE) | (FACILITY) |
| B15769 | 05/15/2008 |
| (DOC INSTITUTION NUMBER) | (RELEASE DATE) |

OUR RECORDS INDICATE YOUR RELEASE PLAN IS AS FOLLOWS:

HOME:          FAYETTE CO                              AGENCY/INSTITUTION
               221 S. 7TH ST

               VANDALIA        IL   62471
               618-283-2141

ASSIGNED PAROLE OFFICE:

               DISTRICT 4
               E ST LOUIS/CARBONDALE PO
               10 COLLINSVILLE #204
               EAST ST. LOUIS   IL   62201
               TELEPHONE NUMBER:   800-666-6744

REPORTING INSTRUCTIONS:  UPON RELEASE, GO DIRECTLY TO THE ASSIGNED RESIDENCE LISTED ABOVE. UPON ARRIVAL HOME YOU SHOULD IMMEDIATELY CHECK IN AT THE PAROLE CONTROL CENTER BY CALLING 800-666-6744. IF YOU HAVE NO TELEPHONE AT YOUR RESIDENCE YOU MAY LEAVE ONLY TO USE THE NEAREST PUBLIC TELEPHONE TO CHECK IN. OTHERWISE, DO NOT LEAVE HOME UNTIL YOUR AGENT MAKES HIS/HER INITIAL VISIT. IF YOU DO NOT COMPLY WITH THIS REPORTING REQUIREMENT, YOU WILL BE CONSIDERED TO BE IN VIOLATION OF YOUR RELEASE AGREEMENT AND A WARRANT MAY BE ISSUED FOR YOUR ARREST.

ISP REGISTRY REQD:  NO

!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!
!            SPECIAL REPORTING INSTRUCTIONS                             !
!   IF RELEASED PRIOR TO 5-15-2010 GO TO 8421 S. RICHMOND,              !
!   CHICAGO,IL 60629 AND CALL 1-800-666-6744 IMMEDIATELY!!              !
!                                                                        !
!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!!

| [signature]                        | 5/15/08 |
|---|---|
| (FIELD SERVICES REPRESENTATIVE)    | (DATE)  |

I UNDERSTAND AND WILL COMPLY WITH THE ABOVE INSTRUCTIONS.

| X Donald Mascio                    | 5/15/08 |
|---|---|
| (RELEASEE SIGNATURE)               | (DATE)  |

CC(3):  RELEASEE (ORIGINAL);  INSTITUTION;  PAROLE OFFICE