E-FILED
Tuesday, 10 June, 2008 08:38:53 AM
Clerk, U.S. District Court, ILCD

# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Donald Mascio B15769** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1050** |
| **Fisher et al** | ) | |
| Defendant | ) | |

**TO:  THE WARDEN of** Fayette County Jail at Vandalia, IL.

    **WE COMMAND** that you produce the body of Donald Mascio, Register No. **B15769**, who is in your custody at Fayette County Jail before the United States District Court on **September 9, 2008 at 9:30 a.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants.  This telephone conference call is a public proceeding as though the prisoner were present in open court.  Anyone can listen.   At the termination of said hearing you may return him to his current regular assignment.

    **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

    DATED:  6/10/08

                                          PAMELA E. ROBINSON, CLERK
                                          UNITED STATES DISTRICT COURT

                                          BY: ____s/ K. Burns_____
                                              Deputy Clerk