E-FILED
Friday, 20 June, 2008  08:56:34 AM
Clerk, U.S. District Court, ILCD

05415-R7702
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MASCIO, B15769, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-1050-HAB-JAG |
| ) | |
| DR. FISHER, DR. GARLICK, DR. ) | |
| COCO, SCOTT BAKER, DR. LINDA ) | |
| ZHANG, and ALTON ANGUS, ) | |
| ) | |
| Defendants. ) | |

### ENTRY OF APPEARANCE

NOW COMES THERESA M. POWELL, of HEYL, ROYSTER, VOELKER & ALLEN, and hereby enters an appearance as lead counsel on behalf of the Defendants, SCOTT BAKER; LIPING ZHANG, M.D. (incorrectly referred to as "Dr. Linda Zhang); and SOBEREKON KOKO, M.D. (incorrectly referred to as "Dr. Coco"), in the above-captioned matter, and hereby states that she has been admitted to practice in the United States District Court, Central District of Illinois, and that she is a member in good standing of the bar of this Court.

        Respectfully submitted,

        SCOTT BAKER; LIPING ZHANG, M.D.; and
        SOBEREKON KOKO, M.D., Defendants,

        HEYL, ROYSTER, VOELKER & ALLEN,
        Attorneys for Defendants,

BY:   /s/Theresa M. Powell
       Theresa M. Powell, #6230402
       HEYL, ROYSTER, VOELKER & ALLEN
       Suite 575, National City Center
       P. O. Box 1687
       Springfield, IL  62705
       Phone: (217) 522-8822
       Fax:   (217) 523-3902
       E-mail:tpowell@hrva.com

HEYL ROYSTER VOELKER & ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed **Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on June 20, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822