05415-R7702
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MASCIO, B15769, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-1050-HAB-JAG |
| ) | |
| DR. FISHER, DR. GARLICK, DR. ) | |
| COCO, SCOTT BAKER, DR. LINDA ) | |
| ZHANG, and ALTON ANGUS, ) | |
| ) | |
| Defendants. ) | |

**ANSWER TO PLAINTIFF'S AMENDED COMPLAINT**

NOW COME the Defendants, SCOTT BAKER and LIPING ZHANG, M.D. (incorrectly referred to as "Dr. Linda Zhang), by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Answer to Plaintiff's Amended Complaint, state:

1. Defendants admit that Dr. Zhang has worked as a physician at the Pontiac Correctional Center.

2. Defendants admit that Scott Baker is a nurse practitioner who has worked at the Pontiac Correctional Center.

3. Defendants deny that any act or omission on their part constitutes deliberate indifference.

4. Defendants deny that Plaintiff suffered from a serious medical need.

5. Defendants deny that Mr. Mascio was treated with deliberate indifference with respect to any medical need, including any serious medical needs.

6. Defendants deny that Plaintiff is entitled to any of the relief requested. Defendants deny that Plaintiff was injured or injured to the extent claimed.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

7. Defendants deny that any act or omission on their parts caused any injury to the Plaintiff.

WHEREFORE, Defendants, SCOTT BAKER and LIPING ZHANG, M.D., pray that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

**DEFENDANTS DEMAND TRIAL BY JURY.**

**AFFIRMATIVE DEFENSES**

NOW COME the Defendants, SCOTT BAKER and LIPING ZHANG, M.D. (incorrectly referred to as "Dr. Linda Zhang), by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for their Affirmative Defenses to Plaintiff's Amended Complaint, state:

1. To the extent Plaintiff has failed to exhaust his administrative remedies with respect to any Defendants, said Defendant is entitled to judgment as a matter of law.

2. Defendants are entitled to qualified immunity.

3. To the extent Plaintiff fails to prove personal involvement with respect to any particular claim he has, Defendants are entitled to judgment as a matter of law.

WHEREFORE, Defendants, SCOTT BAKER and LIPING ZHANG, M.D., pray that this Court will enter judgment in their favor and against the Plaintiff, plus costs of suit.

**DEFENDANTS DEMAND TRIAL BY JURY AS TO THESE AFFIRMATIVE DEFENSES.**

Respectfully submitted,

SCOTT BAKER and LIPING ZHANG, M.D., Defendants,

HEYL, ROYSTER, VOELKER & ALLEN, Attorneys for Defendants,

BY:  /s/Theresa M. Powell

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R7702
TMP/ej

                                               Theresa M. Powell, #6230402
                                               HEYL, ROYSTER, VOELKER & ALLEN
                                               Suite 575, National City Center
                                             P. O. Box 1687
                                             Springfield, IL  62705
                                             Phone: (217) 522-8822
                                             Fax:    (217) 523-3902
                                             E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

## CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed **Answer to Plaintiff's Amended Complaint** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on June 20, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822