E-FILED
Friday, 20 June, 2008  08:59:03 AM
Clerk, U.S. District Court, ILCD

05415-R7702
TMP/ej

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| DONALD MASCIO, B15769, | ) |
| Plaintiff, | ) |
| v. | ) No. 08-1050-HAB-JAG |
| DR. FISHER, DR. GARLICK, DR. COCO, SCOTT BAKER, DR. LINDA ZHANG, and ALTON ANGUS, | ) |
| Defendants. | ) |

**MOTION FOR CLARIFICATION**

NOW COMES the Defendant, SOBEREKON KOKO, M.D. (incorrectly referred to as "Dr. Coco"), by his attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and for his Motion for Clarification, states:

1.  This Court entered a Merit Review Order on February 25, 2008. Within the order, the Court indicates that, "The plaintiff has failed to state why he named Dr. Garlick, Dr. Coco, Dr. Zhang and Dr. Alton as defendants. Rather than dismiss these defendants, the court will allow the plaintiff one opportunity to state claims against these individuals. The plaintiff must provide the information outlined in this order on or before March 21, 2008."

2.  Subsequent to the order of February 25, 2008, the Court issued a second case management order on April 16, 2008. At the conclusion of Case Management Order #2, the Court orders and finds that the Plaintiff's Complaint states certain federal claims in Paragraph 1(a).

3.  In Paragraph 2, this Court's order indicates that, "All other claims based on federal law, other than those set forth in paragraph (1) above, are dismissed for failure to state a claim pursuant to 28 U.S.C. Section 1915A.

4.  In Paragraph 1(a), this Court makes no reference to Dr. Koko.

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

5. Accordingly, pursuant to the Court's second case management order, counsel would assume that Dr. Koko has been dismissed from this case; however, the Court does not specifically indicate that Dr. Koko has been dismissed. Instead, a Request for Waiver of Service was sent to Dr. Koko on April 21, 2008. (See Document No. 11.) Undersigned counsel finds the Court's order and the actions taken by the Court to be in conflict.

6. Accordingly, Defendant requests clarification from the Court as service has been made upon Dr. Koko, but no claim is stated in the Court's Merit Review Order.

7. Defendant requests that the Court enter a specific order dismissing Dr. Koko from this cause of action.

        Respectfully submitted,

        SOBEREKON KOKO, M.D., Defendant,

        HEYL, ROYSTER, VOELKER & ALLEN,
        Attorneys for Defendant,

BY: /s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL 62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2008, I electronically filed **Motion for Clarification** with the Clerk of Court using the CM/ECF system which will send notification of such filings(s) to the following:

None

and I hereby certify that on June 20, 2008, I mailed by United States Postal Service, the document(s) to the following non-registered participants:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

/s/Theresa M. Powell
Theresa M. Powell, #6230402
HEYL, ROYSTER, VOELKER & ALLEN
Suite 575, National City Center
P. O. Box 1687
Springfield, IL  62705
Phone: (217) 522-8822
Fax:    (217) 523-3902
E-mail:tpowell@hrva.com

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822