NO. 08-CV-1050
E-FILED
Tuesday, 24 June, 2008 11:41:47 AM
Clerk, U.S. District Court, ILCD

Dear Clerk                              June 20, 2008

I Donald Mascio B15769 am moving to Graham Corr. Center
P.O. Box 626 or 636
Hillsboro, ILL. 62899

I got sentence to IDOC for a short period of time.

Change of address.

FILED
JUN 24 2008
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Respectfully Submitted

Donald Mascio