IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| DONALD MASCIO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 08-1050 |
| | ) |
| MARK FISHER et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE

TO:   Plaintiff, Donald Mascio

YOU ARE HEREBY NOTIFIED of the consequences of a failure to respond with affidavit to defendants' Motion for Summary Judgment.  Any factual assertion in the defendants' evidence will be accepted by the district judge as being true unless you submit your own affidavit or other documentary evidence contradicting the assertion.  You are referred to Rule 56(e) of the Federal Rules of Civil Procedure, which provides as follows:

(e)   Form of Affidavits; Further Testimony; Defense Required.  Supporting and opposing affidavits shall be made on personal knowledge, shall set forth such facts as would be admissible in evidence, and shall show affirmatively that the affiant is competent to testify to the matters stated therein. Sworn or certified copies of all papers or parts thereof referred to in an affidavit shall be attached thereto or served therewith.  The court may permit affidavits to be supplemented or opposed by depositions, answers to interrogatories, or further affidavits.  When a motion for summary judgment is made and supported as provided in this rule, an adverse party may not rest upon the

mere allegations or denials of his pleadings, but his response, by affidavits or as otherwise provided in this rule, must set forth specific facts showing that there is a genuine issue for trial. If he does not so respond, summary judgment, if appropriate, shall be entered.

Failure to comply with this rule may result in the granting of judgment for defendants.

Respectfully submitted,

JOHN GARLICK and ALTON ANGUS,

Defendants,

LISA MADIGAN, Attorney General,
State of Illinois,

Ryan Nelson, # 6294498
Assistant Attorney General
500 South Second Street
Springfield, IL 62706
(217)782-5819

Of Counsel.

Attorney for Defendants,

By: /s/ Ryan Nelson
　　　Ryan Nelson, 6294498
　　　Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2008, I electronically filed the foregoing Notice Pursuant to Rule 56(e) with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

None

and I hereby certify that on July 7, 2008, I mailed by United States Postal Service, the document to the following non-registered participants:

Donald Mascio, #B-15769
Pontiac Correctional Center
700 W. Lincoln, P.O. Box 99
Pontiac, IL  61764

Respectfully submitted,

s/Ryan A. Nelson
Ryan A. Nelson, #6294498
Assistant Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217) 782-5819
Facsimile:  (217) 524-5091
rnelson@atg.state.il.us