ATTENTION CLERK OF U.S. COURT
IN PEORIA ILLINOIS

DONALD MASCIO 08-1050
HAVE CHANGED MY ADDRESS to GRAHAM C.C.
R.R. #1, HIGHWAY 185
P.O. Box 499
Hillsboro, ILL. 62049

FILED
JUL 23 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

CHANGED FROM FAYETTE COUNTY JAIL TO
IDOC IN MONTGOMREY COUNTY ILLINOIS
Hillsboro ILL. 62049
GRAHAM Corr. Center is my new address:

Just in case you don't have the address
I don't have a good memory. You know can
you make me a copy to send to Lisa Madigan
because the law library is giving me a hard
time with copies and NOTARY! Therefore
they are in violation of my due process law
& 14th Amendment right.

Respectfully Submitted

July 20, 2008

Donald Mascio