FILED     E-FILED
Wednesday, 23 July, 2008  12:23:38 PM
Clerk, U.S. District Court, ILCD

JUL 2 3 2008

CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Dear Judge Harold A. Baker                    July 18, 2008

In Regards to case # 1:08-CV-1050 MASCIO V. FISHER;
04-08-0452 DONALD MASCIO V. ANDY OTT, WARDEN NO. 07 MR 111
Graham correctional center is violating my due
process Right and the 14TH amendment Law
by not allowing me proper access to the
Courts or Legal Law Service or photocopies
This is a direct violation and henderence
to my court procedure. I am unable to
properly do Legal Paper Work. Notary service
is also being denied. assistant attorney General
Michael M. Glick appearance for ANDY OTT.
Warden. The notary Gary D. Perkins Law Supervisor
unknow and finally the Law clerk unknown.
In addressing the courts. in my cases due to
the current violations. that are taking.
place at Graham correctional center.
    That also i sent Legal Pauperis to the law
Library on July 16, 2008 and have not got them
back all of a sudden i am haveing a hard time.
Since i all ways sent my mail i had no
problem. They were my interogatorys
25 pages all lost. I was to get them all notary
and copies for the defendants attorney and
the clerk of appellate court in central Dist.
            Thank you  God Bless!!