IN THE
UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO

PLAINTIFF                    CASE NO. 08-1050

v.

ALTON ANGUS

PROFF/CERTIFICATE OF SERVICE/NOTICE OF FILING

| TO: LISA MADIGAN | TO: CLERK OF THE U.S. DIST |
|---|---|
| ILL ATTORNEY GENERAL | COURT IN PEORIA ROOM 309 |
| 500 S. SECOND ST. | 100 N.E. MONROE |
| SPRINGFIELD ILL. 62706 | PEORIA ILLINOIS 61602 |

PLEASE TAKE NOTICE that on July 20, 2008, I have placed the documents listed below in the institutional mail at GRAHAM corr. center, properly addressed to the parties listed above for mailing through the united Postal Service: NOTICE OF FILING PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM AND ORDER OF HABEAS CORPUS AD TESTIFICANDUM, AND CHANGE OF ADDRESS

PURSUANT to 28 USC 1746, 18 USC 1621 OR 735 ILCS 5/109, I declare, under penalty of perjury, that I am a NAMED PARTY IN the above action that I have read the above documents, AND that the information contained therein is true and correct to the best of my knowledge.

/s/ Gerald Mascio

July 20, 2008                DONALD MASCIO
                             B15769
                             GRAHAM CORR. CENTER P.O. BOX 499
                             HILLSBORO, ILL. 62049