UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS
AT PEORIA, ILLINOIS

DONALD MASCIO,  )
Petitioner or Plaintiff )
 )
v. ) No. 08-1050
 )
ALTON ANGUS, )
Respondent or Defendant )

FILED
JUL 2 3 2008
PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

Petitioner DONALD MASCIO, makes application to the court, pursuant to Illinois Revised Statutes, ch. 110, secs. 10-101 et seq. [735 ILCS 5/10-101] to enter an Order of Habeas Corpus to Testify, and in support states that:

1. I am the (Petitioner/Respondent or Plaintiff/Defendant) in the above captioned legal matter.
2. Said cause has been set for a (trial/hearing) on AUGUST 13, 20 08, at 9:00 o'clock Am.
3. I am a prisoner committed to the care, custody and control of the Illinois Department of Corrections and Warden ANDY OTT, GRAHAM Correctional Center.
4. My attendance and testimony is necessary at the aforesaid (trial/hearing).
5. I am a poor person and unable to pay the expense of bringing my person to court from the place of my confinement. (If you have been granted leave by the court to sue or defend as a poor person, state this fact at this point.)

WHEREFORE, Petitioner prays that the court issue an order, pursuant to Illinois Revised Statutes, ch. 110, secs. 2-5001 [see 735 ILCS 5/2-1501] and 10-101 et seq., directed to the said warden and the Illinois Department of Corrections, commanding them to have said petitioner brought before the honorable court, without payment of expenses, on AUGUST 13TH, 20 08 at 9:00 o'clock Am to testify.

_Donald Mascio_
(Your Signature)

Type or print name DONALD MASCIO
Register number B15769
GRAHAM Correctional Center
Box 499
Hillsboro, Illinois 62049
(Petitioner/Respondent), Pro Se

VERIFICATION OF CERTIFICATION

I, DONALD MASCIO, the undersigned, certify and state that:

1. I am the (Petitioner/Respondent) in the above captioned legal mater;
2. I have read the foregoing application and have knowledge of its contents; and
3. Under penalties as provided by law pursuant to sec. 1-109 of the Code of Civil Procedure, I certify that the statements set forth in the foregoing motion and this affidavit are true and correct except as to maters therein stated to be on information and belief, and as to such matters I certify that I believe the same to be true.

_Donald Mascio_
(Your Signature)

Form revised 11/1/01

# UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS
## AT PEORIA, ILLINOIS

DONALD MASCIO,  )
Petitioner or Plaintiff )
v. ) No. 08-1050
ALTON ANGUS ET. AL. )
Respondent or Defendant )

### ORDER OF HABEAS CORPUS AD TESTIFICANDUM

This matter came to be heard on a verified petition filed by __PLAINTIFF__, for the entry of an order requiring the production of (his/her) person at a (trial/hearing) scheduled in this case, the court having jurisdiction over the persons and the subject matter; and

It appearing to the court that the (Petitioner/Respondent) is entitled to the relief prayed for and that (he/she) is a poor person and is unable to pay the expense of bringing (his/her) person to court from the place of (his/her) confinement; it is therefore

ORDERED that the Illinois Department of Corrections and Warden __ANDY OTT__, __GRAHAM__ Correctional Center, are directed and commanded to produce the person of __DONALD MASCIO__ before the Honorable __HAROLD A. BAKER__ Judge of the Circuit Court, or any other judge who may be sitting in (his/her) stead, in the courtroom usually occupied by (him/her) as a courtroom in the __U.S. DIST. COURT CENTRAL__ County Courthouse in __PEORIA__, Illinois, on __AUGUST 13__, 20__08__, at __9:00__ o'clock A.m., to testify in this case; and it is

FURTHER ORDERED that no tender or payment of expenses or payment of expenses needs to be made or security given for such expenses, but it is

FURTHER ORDERED that the Sheriff of __MONTGOMREY__ County is hereby appointed and directed to serve a copy of this order upon the said __ANDY OTT__ Warden of the __GRAHAM__ Correctional Center.

By the Habeas Corpus Law.
Dated this __20__ day of __JULY__ 20__08__

_____
Judge, Circuit Court

### CLERK'S CERTIFICATION

I hereby certify the above to be correct.

Dated: _____, 20___.

_____
Clerk of the Circuit Court

SEAL

By:_____
Deputy

THIS ORDER IS THE COMMAND OF THE CIRCUIT COURT AND VIOLATION THEREOF IS SUBJECT TO PENALTY OF THE LAW.

Form revised 11/1/01