E-FILED
Thursday, 07 August, 2008 12:30:19 PM
Clerk, U.S. District Court, ILCD

IN THE

~~THE CIRCUIT COURT FOR THE~~ UNITED STATES DISTRICT COURT CENTRAL ~~JUDICIAL COURT~~

OF ILLINOIS PEORIA DIVISION ~~COUNTY, ILLINOIS~~

DONALD MASCIO )
    Petitioner )
 )
PEOPLE V. OF THE )    No. 1:08-CV-1050
STATE OF ILLINOIS )
    Respondent )

FILED

AUG - 7 2008

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## MOTION FOR APPOINTMENT OF COUNSEL

The undersigned ((Petitioner)/Respondent), DONALD MASCIO , respectfully moves the court to appoint counsel for ((him)/her) in this cause. In support, ((Petitioner)/Respondent) states:

1. I have been incarcerated continuously since 11-15-05 , and am presently held in custody and residing at the GRAHAM Correctional Center in Hillsboro Illinois, County of MOTGIONERY .

2. I am without sufficient income or assets with which to pay for the costs of these proceedings or to employ an attorney to represent me in this matter.

3. I am without the services of counsel to represent me in this matter and I wish the Court to appoint counsel to represent me in this matter.

4. I have a constitutional right to access to the courts, and without the assistance of counsel, my access to the courts will not be adequate, effective or meaningful because:
PEtioner being mentally ILL. OF BIPOLER POST STRESS dismatic disorder AND Mentaly INSANE. CANT spell And read there fore this is A MISCARRIGE. WithOut APPOINTMENT OF counsel

5. My ((claim)/defense) in this matter is not frivolous or malicious, but is colorable and meritorious.

6. Since this matter concerns the ((condition)/duration) of my confinement, I have sought ((institutional)/administrative) review of this matter through the proper grievance procedures before this action was filed. (At this point state what, if any, action was taken or decision that was made concerning your grievances).
MASICO HAS filed numerous Grievances to NO AVAil With the ARB! THAT I AlSo Wrote to PRO bono ATTORNEY AS Well to NO AVAil.

WHEREFORE, ((Petitioner)/Respondent) DONALD MASCIO , respectfully requests that counsel be appointed to represent ((him)/her) in this matter.

_Donald Mascio_
(Your Signature)

Type or print name DONALD MASCIO
Register number B15769
GRAHAM Correctional Center
Box 499
Hillsboro , Illinois 62049
((Petitioner)/Respondent), Pro Se

Revised Jan 2002

STATE OF ILLINOIS )
)SS 08-1050
COUNTY OF PEORIA )

### AFFIDAVIT

I, DONALD MASCIO do hereby declare and affirm that the following information within this affidavit is true and correct in substance and in facts:

EVEY TIME TO SEEK the PROPER MEDICAl ATTENTION I had to GO ON HUNGER STRIK Plaintiff claims on OCTOBER 10, 2006 HE WAS ATTACKED IN VANDAlIA Correctional center. LT. MicheAl REDMAN SEXUALLY ASSULTED him & with the help of Other STAFF MEMBERS BROKE his glasses Bruced him from head to toe. CHARGED MR. MASCIO with A false DisciplinARy RepoRT OF A STAFF ASSUlAT. From October 10, 2006 to MAY 15, 2006 I was still in need of MEDICAl CARE. I told JOHN GARlick on the day I ARRIVEd to EMERGENCY CARE. His Assistance WAS NURSE JoCE. They did nothing to help A criminal in need of SERIOUS MEDICAl ATTENTION. ME of CABUSE being A minority AND looked AS A NEGRO, I CRYEM for help to Evey PASSINg Soul but No AVAil to help with A few pills to stop the PAIN. IN the overSIGAT put me to lay DAWN on A cold concerite Floor on SUIDE WACTH. No clothing for SEVEN long dAys I CAN only PRAY to God & be greatful of my breathing & one more DAy of life. Dr. Coco replaced Dr. Fisher & Dr. Coco stoped my Medication For inelliberate differance to his cool co.workers. Dr. Mahen Is the Heath Director I beggem her still No help. NURS BAKER & Dr. LINDA I would Beg for their help she looked At me with discikel that I WAS Yievy oR Some scrip oR ANother. They have LOGS IN the NORTH CEll house I have over 100 witness to nAme. WAS LAYINg ON THE FLOOR IN NORTH CELL HOUSE DOCUMENTED #509

Pursuant to 28 USC 1746, 18 USC 1621 or 735 ILCS 5/1-109, I declare, under penalty of perjury, that everything contained herein is true and accurate to the best of my knowledge and belief. I do declare and affirm that the matter at hand is not taken either frivolously or maliciously and that I believe the foregoing matter is taken in good faith.

But All I need is three to verify the defendants do this kind OF STUFF to Ever inmate AT PONTIAC C.C.

Thats why they ARE closing that PlACE DOWN PRAIS God Juses!

Signed on this 10 day of July, 2008.

_Donald Mascio_
**Affiant**

05415-R7702
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO, B15769,       )
                             )
            Plaintiff,       )
                             )
    v.                       )        No. 08-1050-HAB-JAG
                             )
DR. FISHER, DR. GARLICK, DR. )
COCO, SCOTT BAKER, DR. LINDA )
ZHANG, and ALTON ANGUS,      )
                             )
            Defendants.      )

**INTERROGATORIES DIRECTED TO PLAINTIFF BY DEFENDANT BAKER**

THE PLAINTIFF, DONALD MASCIO, is hereby notified to answer the following Interrogatories separately and fully in writing, under oath and within thirty (30) days from date of service of these Interrogatories, all in accordance with the Federal Rule of Civil Procedure 33; these Interrogatories may be answered on these Interrogatories in the space provided and, if necessary, the reverse side hereof:

1.    Identify the specific date on which you believe SCOTT BAKER was deliberately indifferent. *OCTOBER 19, 2006 OF Food Posion before. THIS dATE on OCTOBER 10, 2006 FOR A SERIOUS Medical Conditions BROKEN EYE GLASSES by THE STAFF OFFICERS; THAT I SUFFered FROM BACK PAIN & FEVER WITH NO TREATMENT FOR ME to get EYE GLASSES*

a.    For each date referenced identify the complaint voiced by the patient and the care or response which you feel constituted deliberate indifference. *THIS led to VERY, VERY, VERY BAD HEAD PAINS & REQUEST FOR MRI. due to THIS my EYES cought PINK EYE. BACK, NECK collar BONE*

b.    For each method of treatment or lack of treatment you find constitutes *INFECTIONS* deliberate indifference, please indicate if known what you or your witnesses will assert the proper treatment should have been. *BRUSES. MY EYE GLASSES, BACK PAIN, NECK, LEGS & FOOT HEAD PAINS*

c.    State the damages or injuries you claim to have sustained as a result of the alleged deliberate indifference. *I HAD to do my EXERCISES HIGEL MEDICAL INTENTION. COULD NOT DO ANY EXERCISES FOR OVER 12 MONTHS & A HALF. $500,000,000 18 MONTH TOTAL*

*THERE ARE SO MANY DATS THAT I CAN TURN OVER OVER 14 MONTHS LENS ARE MIXED*

*← OVER*

*Mental injury PUNATIVE, NORMAL & COMPENSATORY dAMAGES (Jointly & SEVERLY) FOR THEIR ROLES in the STATED VIOLATIONS & to RECEIVE ANY OTHER RELIEF THIS COURT SEES JUST & FIT. EYES, BACK, NECK, LEG FOOT. NO X-RAYS OVERSIGHT AS my PLEADINGS.*

*STEVEN Fielding
CEDRICK DUPREE
TALIFF FORD
WAYNE Brown
MARY MASCIO
JANET MASCIO
SUSAN MASCIO
KAREN JESIOLOWSKI
MR. DRUMMAND A.K.A. P-TOWN
MICHAEL TOREZ
STEVE P.
Edwin POTTER ATT.*

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

WITNESSES:    STEVE ~~Poldizinski~~ PodKVlski
                            P.O. Box 99
                            PONTIAC ILL. 61764
                            NORTH HOUSE #404

05415-R7702
TMP/ej

ANSWER:    CEDRICK DUPREE          STEVEN FIELDING
                P.O. BOX 99              P.O. BOX 99
                PONTIAC ILL. 61764       PONTIAC ILL. 61764
                EAST HOUSE               NORTH HOUSE # 520


2.    Pursuant to the Federal Rules of Civil Procedure, provide the name and address of

each witness who will offer testimony and state:

a.    The subject matter of which the witness is expected to testify; MY SERIOUS OVER
MEDICAL conditions. EYE GLASSES MEDICATION FOR HeARt BURN →

b.    The conclusions and/or opinions of the witness and the basis therefore
       including reports of the witness, if any; NO REPORTS YOU CAN ASK
       whatever questions you like!

c.    The qualifications of each witness including a curriculum vitae and/or resume
       if any;  NONE

d.    The identity of any written reports of the witness regarding this occurrence;
       and  CEDRICK DUPRE HAS copy of COMPLAINT & HAS clear
       Memory of the issue AT HAND.

e.    For each witness indicate whether or not you intend to call this person to
       testify at trial.  YES

ANSWER:                                    WITNESSES;
MARY MASCIO is my mom 773-471-0426
6421 S. RICHMOND CHICAGO ILL. 60629
JANET MASCIO SISTER
6641 S. CALIFORNIA CHICAGO ILL. 60629  773-471-0426
SUSAN MASCIO  CHICAGO  ILL. 60629  773-471-0426
Edwin L. POTTER 221 S. 7TH STREET VANDALIA ILL. 62471
618-283-9646  ATTORNEY NOT FOR THIS CASE PUB. DEF. CRIMINAL

                                    SCOTT BAKER, Defendant,

BY:    *Theresa Powell*
          HEYL, ROYSTER, VOELKER & ALLEN
          Theresa M. Powell

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

2

05415-R7702
TMP/ej

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF _____    )

     I, DONALD MASCIO, being first duly sworn, state that I have read the foregoing Answer

to Interrogatories and that the Answers contained therein are true and correct to the best of my

information, knowledge, and belief.

_____
DONALD MASCIO

SUBSCRIBED AND SWORN to before me this *5th* day of *August*_____, 2008.

_____
NOTARY PUBLIC

> "OFFICIAL SEAL"
> Sharon L. McCorkle
> Notary Public, State of Illinois
> My Commission Exp. 07/14/2009

**HEYLROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

## **PROOF OF SERVICE**

THE UNDERSIGNED certifies that a copy of the foregoing instrument was served upon the

attorneys of record of all parties to the above cause by enclosing same in an envelope with postage

prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield,

Illinois, on June _19_, 2008, addressed to such attorneys at their business address as disclosed by

the pleadings of record herein.

BY: _Theresa Powell_

HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

Copies to:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

DONALD MASCIO, B15769,                          )
                                                )
                    Plaintiff,                  )
                                                )
          v.                                    )          No. 08-1050-HAB-JAG
                                                )
DR. FISHER, DR. GARLICK, DR.                    )
COCO, SCOTT BAKER, DR. LINDA                    )
ZHANG, and ALTON ANGUS,                         )
                                                )
                    Defendants.                 )

### INTERROGATORIES DIRECTED TO PLAINTIFF BY DEFENDANT ZHANG

THE PLAINTIFF, DONALD MASCIO, is hereby notified to answer the following

Interrogatories separately and fully in writing, under oath and within thirty (30) days from date of

service of these Interrogatories, all in accordance with the Federal Rule of Civil Procedure 33; these

Interrogatories may be answered on these Interrogatories in the space provided and, if necessary, the

reverse side hereof:

1.    Identify the specific date on which you believe LIPING ZHANG, M.D. was
deliberately indifferent. JAN.5, 2007 DEC.15, 2006  NOV. 21, 2006, MAY 21, 2007, FEB, 11, 2007
FEB 7, 2008 APRIL 24, 2007 APRIL 18, 2007, APRIL 9, 2008 SEP. 26, 2007 JAN.23, 2008
MARCH 24, 2008

      a.    For each date referenced identify the complaint voiced by the patient
            and the care or response which you feel constituted deliberate
            indifference. EYE GLASSES, BACK PAIN X-RAYS, ASK FOR
            TREATMENT  8th AMENDMENT VIOLATION  FOR OVER ONE YEAR!  MUSEL RELAXER
                                                                    CREAM, INFECTIONS
      b.    For each method of treatment or lack of treatment you find constitutes  CUTS ON SKIN
LENS ARE         deliberate indifference, please indicate if known what you or your
MIX 8d   FOUR  I HAD TO GO ON HUNGER STRIKE TO GET MEDICATION OR  witnesses will assert the proper treatment should have been. CONSTINT PAIN
            in HEAD BACK NECK LOWER, COLLAR BONE RIGHT SIDE, FACE LEFT SIDE
            OF JAW. THEY WILL SAY THE SERIOUS INJURYS EYE GLASSES HEART MEDS.
      c.    State the damages or injuries you claim to have sustained as a result BACK INJURY
            of the alleged deliberate indifference. NOT ABLE TO EXERCISE. FOR
            18 MOTHS, VISION CLOUDY WITH bLEAR, HEAD PAIN, BACK, NECK &
            LEG, FOOT. SUFERd MENTALY INJURY PUNATIVE, NORMAL & COMPERSATORY
$500,000,000
DAMAGES (JOINTLY & SEVERLY) FOR THEIR ROLES IN THE STATED VIOLATIONS TO RECEIVE
ANY OTHER RELIEF THIS COURT SEES JUST & FIT. NO GLASSES OR X-RAYS TUNED UP
MISSING.. THEREFORE THIS IS A COVER UP LOOKED AS A OVERSIGHT AT MY PLEADINGS,
I GAVE THEM TO MANY CHANCES OVER THE PERIOD OF 14 MONTHS.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

Rod Kulski

05415-R7702
TMP/ej

STEVE Podolzinski
P.O. Box 99
PONTIAC ILL. 61764
NORTH HOUSE # 404

CEDRICK DUPREE
P.O. Box 99
PONTIAC ILL. 61764
EAST HOUSE

ANSWER: WITNESSES:

STEVEN FIELDING
P.O. Box 99
PONTIAC ILL. 61764
NORTH HOUSE # 520

Edwin L. POTTER 221 S. 7TH ST. VANDALIA ILL. 62471
618-283-9646

MARY MASCIO 773-471-0426
6421 SOUTH RICHMOND CHICAGO ILL. 60629

SUSAN MASCIO 773-471-0426
6421 SOUTH RICHMOND CHICAGO ILL. 60629

JANET MASCIO 773-471-0426
6641 SOUTH CALIFORNIA CHICAGO ILL. 60629

LIPING ZHANG, M.D., Defendant,

BY: *Theresa Powell*

HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

HEYL ROYSTER
VOELKER
& ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF _____      )

     I, DONALD MASCIO, being first duly sworn, state that I have read the foregoing Answer

to Interrogatories and that the Answers contained therein are true and correct to the best of my

information, knowledge, and belief.

                                    _____
                                      DONALD MASCIO

SUBSCRIBED AND SWORN to before me this _5th_ day of _August_, 2008.

                                    _____
                                      NOTARY PUBLIC

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

**HEYL ROYSTER**
**VOELKER**
**& ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

## PROOF OF SERVICE

THE UNDERSIGNED certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois, on June *19*, 2008, addressed to such attorneys at their business address as disclosed by the pleadings of record herein.

BY: *Theresa Powell*

HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

Copies to:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DONALD MASCIO, B15769, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-1050-HAB-JAG |
| | ) | |
| DR. FISHER, DR. GARLICK, DR. | ) | |
| COCO, SCOTT BAKER, DR. LINDA | ) | |
| ZHANG, and ALTON ANGUS, | ) | |
| | ) | |
| Defendants. | ) | |

## **REQUEST FOR PRODUCTION OF DOCUMENTS**

NOW COME the Defendants, SCOTT BAKER and LIPING ZHANG, M.D. (incorrectly referred to as "Dr. Linda Zhang), by their attorney, THERESA M. POWELL of HEYL, ROYSTER, VOELKER & ALLEN, and pursuant to Federal Rule 34, directs Plaintiff, DONALD MASCIO, to produce for inspection, copying, reproduction, and photographing at the law offices of HEYL, ROYSTER, VOELKER & ALLEN, Suite 575, National City Center, One North Old State Capitol Plaza, Springfield, Illinois 62701, within thirty (30) days after service of this Request to Produce, or at such other time and place as may be agreed upon by the attorneys for the parties, the following documents, objects or tangible things:

1.      All statements (whether signed or unsigned, written or recorded) of persons having knowledge of the occurrence alleged in the Complaint, the damages claimed, or any other matters alleged in the Complaint.

2.      All other documents containing facts or opinions of persons having knowledge of the occurrence alleged in the Complaint, the damages claimed, or any other matters alleged in the Complaint including, but not limited to, notes or memoranda of conversations, untranscribed tapes, court reporter notes, and correspondence with such persons.

HEYLROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

05415-R7702
TMP/ej

3.      All reports, bills, records, or other documents, medical or otherwise, which indicate the nature and extent of the injuries and damages claimed.

4.      All objects, photographs, videotapes, slides, motion pictures, diagrams, models, samples, drawings, or other things of a tangible nature relating to the matters alleged in the Complaint.

5.      All notes, diaries, or other documents prepared by anyone other than your attorneys pertaining to the incident complained of or the damages claimed.

6.      All reports, notes, books, articles, tests, texts, or other authorities relating to matters alleged in the Complaint.

7.      Execute and return the attached Authorization for Release of Offender Mental Health or Substance Abuse Treatment Information and Authorization for Release of Offender medical Health Information forms.

8.      Please execute the attached Authorization(s) for the medical providers identified within your IDOC medical records and/or within your Complaint, including attachments or exhibits. (If you are aware of additional providers not identified herein, please so note said provider on the included blank Authorization, sign, and return with the other Authorizations.)

You are further requested to furnish at the time and place stated, an affidavit stating that the production is complete in accordance with the request, and if not complete, to list those items not produced, state the grounds for objection to their production, giving the name and address of the person having custody of such items.

HEYL ROYSTER
VOELKER
&ALLEN

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

SCOTT BAKER and LIPING ZHANG, M.D.,
Defendants,

BY:     *Theresa Powell*
HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

2

05415-R7702
TMP/ej

## PROOF OF SERVICE

THE UNDERSIGNED certifies that a copy of the foregoing instrument was served upon the attorneys of record of all parties to the above cause by enclosing same in an envelope with postage prepaid, and by depositing said envelope in a United States Post Office mail box in Springfield, Illinois, on June __17__, 2008, addressed to such attorneys at their business address as disclosed by the pleadings of record herein.

BY: _Theresa Powell_

HEYL, ROYSTER, VOELKER & ALLEN
Theresa M. Powell

Copies to:

Donald Mascio, B15769
Fayette County Jail
221 South Seventh Street
Vandalia, IL 62471

**HEYL ROYSTER**
**VOELKER**
**&ALLEN**

Suite 575
National City Center
1 N. Old State Capitol Plaza
P.O. Box 1687
Springfield, IL 62705-1687
Fax (217) 523-3902
(217) 522-8822

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Mental Health or Substance Abuse Treatment Information

### This Authorization may not be used for medical health information (use form DOC 0241)

The Department of Corrections will not condition treatment on this authorization. Mental health information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization from the offender or offender's representative. If this authorization is for psychotherapy notes, it must not be used as an authorization for any other type of protected health information.

I hereby authorize _____ Illinois Department of Corrections _____ to release
                                                    Facility

**Section A:  Mental Health Information** (as described below) :

any and all information
_____
                    State specific Mental Health Information to be disclosed including date(s) or date range.
_____

**Section B:  Substance Abuse Treatment Information** (as indicated below) :

If Substance Abuse Treatment records are being authorized, initial all relevant areas below:

| | | | | | |
|---|---|---|---|---|---|
| X | Diagnosis | X | Toxicological Reports/Drug Screens | X | Educational Information |
| X | Evaluation/Assessment | X | Medication Management Information | X | Attendance in Treatment |
| X | Treatment Plan | X | Summary of Treatment Services | X | Treatment Progress Report |
| X | Continuing Care Plan | | Other (specify): _____ | | |

Include date(s) or date range: ___ 2007 to the present ___

☒ At Request of Offender and/or: ___ counsel ___        ___ Pending litigation ___
                                                                          Purpose of disclosure

from the records of ___ B15769 ___        ___ Donald Mascio ___
                          ID#                          Print Offender's Name

to: ☐ Self      ☐ Authorized Attorney      ☐ Health Care Facility      ☒ Other: Defendant's attorney

Name: ___ Theresa M. Powell, Heyl, Royster, Voelker & Allen, ___
                                    Print Name

Address: ___ Suite 575 National City Center ___    ___ Springfield ___    ___ IL ___    ___ 62701 ___
                    Street Address                                City            State        Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐    45 days from date of signature

☒    Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):
      conclusion of litigation for Case 08-1050 in the Central District Court of Illinois
      _____

**Signature:**

_____    _____    _____
Signature of Offender or Person Authorized to Consent          Relationship          Date

**Witness:**

_____    _____
Print Name                                                        Title

_____    _____
Signature                                                            Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

Distribution:  Offender's Medical File

*Printed on Recycled Paper*

DOC 0240 (Eff. 11/2004)
(Replaces DOC 0109)

05415-R7702
TMP/ej

ILLINOIS DEPARTMENT OF CORRECTIONS

## Authorization for Release of Offender Medical Health Information

**This Authorization my not be used for mental health or substance abuse treatment information (use form DOC 0240)**

The Department of Corrections will not condition treatment on this authorization. If authorizing disclosure to persons or organizations that are not health plans, covered health care providers or health care clearinghouses subject to federal health information privacy laws, they may further disclose the protected health information. However, genetic testing or HIV/AIDS information disclosed pursuant to this authorization may not be further disclosed except pursuant to authorization.

I hereby authorize ___Illinois Department of Corrections_____ to release
                                                                Facility

___any and all information from 2007 to the present_____
                        State specific medical health information to be disclosed including date(s) or date range

_____

_____

☒ At Request of Offender and/or: ___counsel___         ___Pending litigation___
                                                                         Purpose of disclosure

from the records of ___B15769___         ___Donald Mascio_____
                                        ID#                            Print Offender's Name

to: ☐ Self   ☐ Authorized Attorney   ☐ Health Care Facility   ☒ Other: _Defendant's attorney_

Name: _Theresa M. Powell, Heyl, Royster, Voelker & Allen_____
                                                Print Name

Address: _Suite 575 National City Center,_____
         _Springfield_____         _IL_    _62701_____
                City                        Street Address          State        Zip Code

I hereby release and hold harmless, the State of Illinois, the Department of Corrections, and its employees from any liability which may occur as a result of the disclosure or dissemination of the records or information contained therein resulting from the access permitted to the authorized attorney, health care facility, other as specified, or self. Records disclosed may contain confidential medical information including HIV disease information. I understand that I have the right to revoke this authorization at any time prior to disclosure by giving written notice (witnessed by someone who knows my identity) to the prison Facility Privacy Officer.

**Expiration:** This authorization will expire (complete one):

☐    45 days from date of signature

☒    Upon the occurrence of the following event (must relate to the individual or purpose of the authorization):
     _conclusion of litigation for Case 08-1050 in the Central District Court of Illinois_

**Signature:**

_____   _____   _____
Signature of Offender or Person Authorized to Consent          Relationship                    Date

File the signed authorization in the Offender's Medical File
Give Offender a copy if DOC made the request for release.

Distribution:   Offender's Medical File

*Printed on Recycled Paper*

DOC 0241 (Eff. 11/2004)
(Replaces DOC 0109)

TOTAL P.03

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS INFORMATION, X-RAY FILMS  IMAGING STUDIES AND PATHOLOGY MATERIALS

TO:            **Liping Zhang, M.D.**
                   **Scott Baker, ARNP**
                   **Wexford Health Sources, Inc.**
                   **and any other physician employed as**
                   **Medical Director by Wexford Health**
                   **Sources, Inc. actively working within**
                   **the Department of Corrections**

RE:            **Donald Mascio (SSN: _____; DOB: 04/10/71)**
                   **Fayette County Jail**
                   **221 South Seventh Street**
                   **Vandalia, IL 62471**

1.     I hereby authorize the above-named medical providers and their agents, employees, or representatives to disclose for any authorized purpose any related medical records, information, x-ray films and imaging studies to any of the recipients identified below.  This authorization shall extend to all persons who provided medical care and treatment, consultation, or who attended to the patient identified herein and whose records appear in the medical provider's chart.   This document requests all records dated 2007 through the present.

2.     I further authorize any recipient who receives such related medical records, information, x-ray films and imaging studies to redisclose without notice those medical records and information to any other authorized recipient for any authorized purpose.

**3.     I authorize the above-named medical provider  to engage in *ex parte* discussions with Heyl, Royster, Voelker & Allen, the attorneys for Liping Zhang, M.D. and Scott Baker, ARNP, and expressly waive any privilege which would prohibit *ex parte* discussions between them.**

4.     I understand that I may revoke this authorization at any time by giving written notice to the person or entity disclosing confidential information pursuant to this authorization of my desire to do so.  I also understand that I will not be able to revoke this authorization in cases where the individual disclosing confidential health information pursuant to the authorization has already relied on it to use or disclose my health information.   Written revocation must be sent to the person or entity authorized by this authorization to release confidential health information and the attorneys for all parties who have received the records and information pursuant to this authorization. Absent such written revocation, this authorization for release of confidential health information   is valid until the earlier of the conclusion of the lawsuit identified herein, or January 1, 2018. I understand that the information or records used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by law. I understand that I and the

recipients of this information have the right to inspect and copy the medical records, information, x-ray films, imaging studies and pathology materials to be disclosed.

5.     It has been explained to me that if I refuse to consent to this release of medical records, information, x-ray films, imaging studies and pathology materials,  the following are the consequences, if any:  <u>Defendant will be required to obtain a court order to allow release and rediscolosure of medical records, information, x-ray films, imaging studies and pathology materials.</u>

6.     By accepting and honoring this authorization, any entity covered by the Health Insurance Portability and Accountability Act (HIPAA) agrees that the disclosure of the information will have no effect on my ability or inability to receive treatment, payment, enrollment or benefits from the entity providing the records.

7.     I understand that by signing this authorization, otherwise protected health information about me may be disclosed by the parties who receive it and that those parties are not restricted by HIPAA as to how they may disclose the information that is provided pursuant to this authorization.

## DEFINITIONS

The following definitions shall apply as used herein:

**Related Medical Records, Information, X-ray Films, Imaging Studies and Pathology Materials:**  These include the following:

1.     Copies of any and all hospital, clinic or doctor's records, admission/discharge summaries, notes, memoranda, pathology, radiology, surgical or other specialists' or consultants' reports, lab or test results, physical therapy records, nurses' notes, inpatient and outpatient records, index cards, patient information or history sheets, prescription and medication information concerning the care and treatment of this patient;

2.     Statements for itemized charges and medical bills;

3.     Copies of all billing and payment records concerning treatment rendered to the patient;

4.     Copies of any and all x-rays, radiographic  or imaging studies of the patient.

5.     Pathology materials including slides, tissue blocks, tissue specimens or other materials taken from the patient's body;

6.     Photographs, videotapes or other recordings of the patient or any procedure performed upon the patient;

2

The medical records, information, x-ray films and imaging studies to be disclosed and/or redisclosed pursuant to this Authorization shall include medical records, information, x-ray films, imaging studies and pathology materials arising out of, pertaining to, or concerning the following conditions or illnesses: psychiatric, mental health or developmental disabilities; genetic testing; alcohol abuse, drug abuse or substance abuse; human immunodeficiency virus (HIV) and acquired immunodeficiency syndrome (AIDS); and sexually transmitted or communicable diseases.

**Authorized Purpose:** The medical records, information, x-ray films and imaging studies disclosed hereunder may be used for the purpose of investigation, consultation, discovery, evidence, trial, appeal, resolution, mediation, or other use incidental to the proceedings in the case of Mascio v. Fisher, et al., Case No. 08-1050, filed in the Central District Court of Illinois, which use purposes shall include the giving or taking of testimony in depositions or at trials, and consulting with witnesses and/or experts.

**Recipients:** Recipients shall include:

1.  The parties to the above-referenced case, their attorneys, and the insurers or other entity from whom damages, compensation or indemnity is sought; any entity performing monitoring or adjustment services on behalf of such insurance carrier or entity; and the agents, employees, representatives and third party administrators of the foregoing;

2.  All consultants or experts, and any other witness or person retained or called by the parties to the above-referenced case and their agents, employees or representatives;

3.  All treating physicians and other health care providers;

4.  Participants in any proceedings for health oversight activities as permitted under 45 C.F.R. 164.512;

5.  Court reporters, copy services or other vendors to the parties and their attorneys;

6.  Any person who receives such medical records, information, x-ray films and imaging studies by reason of their presence during an authorized disclosure including but not limited to the professional and support staff of authorized recipients identified herein, observers at trial, court personnel, or any other person who has an incidental involvement.

DATED: 8-5-08                                    _Donald Mascio_
                                                 DONALD MASCIO

If you are not the patient, please specify your relationship to the patient: _____

3

STATE OF ILLINOIS        )
                         ) SS.
COUNTY OF _____      )

On this 5th day of _August_____, 2008, before me personally appeared DONALD MASCIO, known to me to be the person who executed the above and foregoing **Authorization for Release of Medical Records and Information** and who this day acknowledged that he/she executed the same as his/her free act and deed for the uses and purposes therein set forth.

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

_Sharon L. McCorkle_
Notary Public

**A copy of this authorization shall be considered as effective and valid as the original**

## NOTICE

Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1 *et seq.*, you may not redisclose any of this information unless the person who consented to this disclosure specifically consents to that redisclosure.

This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2; 45 C.F.R. (HIPAA) ). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2, or 45 C.F.R. (HIPAA) A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.

4

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS INFORMATION, X-RAY FILMS  IMAGING STUDIES AND PATHOLOGY MATERIALS

TO:           _____

                   _____

                   _____

                   _____

RE:          **Donald Mascio (SSN: _____; DOB: 04/10/71)**
                **Fayette County Jail**
                **221 South Seventh Street**
                **Vandalia, IL 62471**

       1.     I hereby authorize the above-named medical providers and their agents, employees, or representatives to disclose for any authorized purpose any related medical records, information, x-ray films and imaging studies to any of the recipients identified below.  This authorization shall extend to all persons who provided medical care and treatment, consultation, or who attended to the patient identified herein and whose records appear in the medical provider's chart.   This document requests all records dated 2007 through the present.

       2.     I further authorize any recipient who receives such related medical records, information, x-ray films and imaging studies to redisclose without notice those medical records and information to any other authorized recipient for any authorized purpose.

       **3.**     **I authorize the above-named medical provider  to engage in *ex parte* discussions with Heyl, Royster, Voelker & Allen, the attorneys for Liping Zhang, M.D. and Scott Baker ARNP, and expressly waive any privilege which would prohibit *ex parte* discussions between them.**

       4.     I understand that I may revoke this authorization at any time by giving written notice to the person or entity disclosing confidential information pursuant to this authorization of my desire to do so.  I also understand that I will not be able to revoke this authorization in cases where the individual disclosing confidential health information pursuant to the authorization has already relied on it to use or disclose my health information.  Written revocation must be sent to the person or entity authorized by this authorization to release confidential health information and the attorneys for all parties who have received the records and information pursuant to this authorization. Absent such written revocation, this authorization for release of confidential health information   is valid until the earlier of the conclusion of the lawsuit identified herein, or January 1, 2018. I understand that the information or records used or disclosed pursuant to this authorization may be subject to redisclosure by the recipient and may no longer be protected by law. I understand that I and the recipients of this information have the right to inspect and copy the medical records, information, x-ray films, imaging studies and pathology materials to be disclosed.

5.      It has been explained to me that if I refuse to consent to this release of medical records, information, x-ray films, imaging studies and pathology materials, the following are the consequences, if any: <u>Defendant will be required to obtain a court order to allow release and redisclosure of medical records, information, x-ray films, imaging studies and pathology materials.</u>

6.      By accepting and honoring this authorization, any entity covered by the Health Insurance Portability and Accountability Act (HIPAA) agrees that the disclosure of the information will have no effect on my ability or inability to receive treatment, payment, enrollment or benefits from the entity providing the records.

7.      I understand that by signing this authorization, otherwise protected health information about me may be disclosed by the parties who receive it and that those parties are not restricted by HIPAA as to how they may disclose the information that is provided pursuant to this authorization.

## DEFINITIONS

The following definitions shall apply as used herein:

**Related Medical Records, Information, X-ray Films, Imaging Studies and Pathology Materials:** These include the following:

1.      Copies of any and all hospital, clinic or doctor's records, admission/discharge summaries, notes, memoranda, pathology, radiology, surgical or other specialists' or consultants' reports, lab or test results, physical therapy records, nurses' notes, inpatient and outpatient records, index cards, patient information or history sheets, prescription and medication information concerning the care and treatment of this patient;

2.      Statements for itemized charges and medical bills;

3.      Copies of all billing and payment records concerning treatment rendered to the patient;

4.      Copies of any and all x-rays, radiographic or imaging studies of the patient.

5.      Pathology materials including slides, tissue blocks, tissue specimens or other materials taken from the patient's body;

6.      Photographs, videotapes or other recordings of the patient or any procedure performed upon the patient;

2

The medical records, information, x-ray films and imaging studies to be disclosed and/or redisclosed pursuant to this Authorization shall include medical records, information, x-ray films, imaging studies and pathology materials arising out of, pertaining to, or concerning the following conditions or illnesses: psychiatric, mental health or developmental disabilities; genetic testing; alcohol abuse, drug abuse or substance abuse; human immunodeficiency virus (HIV) and acquired immunodeficiency syndrome (AIDS); and sexually transmitted or communicable diseases.

**Authorized Purpose:** The medical records, information, x-ray films and imaging studies disclosed hereunder may be used for the purpose of investigation, consultation, discovery, evidence, trial, appeal, resolution, mediation, or other use incidental to the proceedings in the case of <u>Mascio v. Fisher, et al.</u>, Case No. 08-1050, filed in the Central District Court of Illinois, which use purposes shall include the giving or taking of testimony in depositions or at trials, and consulting with witnesses and/or experts.

**Recipients:** Recipients shall include:

1. The parties to the above-referenced case, their attorneys, and the insurers or other entity from whom damages, compensation or indemnity is sought; any entity performing monitoring or adjustment services on behalf of such insurance carrier or entity; and the agents, employees, representatives and third party administrators of the foregoing;

2. All consultants or experts, and any other witness or person retained or called by the parties to the above-referenced case and their agents, employees or representatives;

3. All treating physicians and other health care providers;

4. Participants in any proceedings for health oversight activities as permitted under 45 C.F.R. 164.512;

5. Court reporters, copy services or other vendors to the parties and their attorneys;

6. Any person who receives such medical records, information, x-ray films and imaging studies by reason of their presence during an authorized disclosure including but not limited to the professional and support staff of authorized recipients identified herein, observers at trial, court personnel, or any other person who has an incidental involvement.

DATED: _8-5-08_                     _Donald Mascio_
                                    DONALD MASCIO

If you are not the patient, please specify your relationship to the patient: _____

3

STATE OF ILLINOIS          )
                           ) SS.
COUNTY OF _____        )

On this *5th* day of *August* _____, 2008, before me personally appeared DONALD MASCIO, known to me to be the person who executed the above and foregoing **Authorization for Release of Medical Records and Information** and who this day acknowledged that he/she executed the same as his/her free act and deed for the uses and purposes therein set forth.

"OFFICIAL SEAL"
Sharon L. McCorkle
Notary Public, State of Illinois
My Commission Exp. 07/14/2009

_Sharon L. McCorkle_
Notary Public

**A copy of this authorization shall be considered as effective and valid as the original**

## NOTICE

**Under the provisions of the Illinois Mental Health and Developmental Disabilities Confidentiality Act, 740 ILCS 110/1 *et seq.*, you may not redisclose any of this information unless the person who consented to this disclosure specifically consents to that redisclosure.**

**This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2; 45 C.F.R. (HIPAA) ). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2, or 45 C.F.R. (HIPAA) A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.**