# United States District Court

### CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| **Donald Mascio** | ) | WRIT OF HABEAS CORPUS |
| Plaintiff | ) | AD TESTIFICANDUM |
| | ) | |
| vs | ) | |
| | ) | **CASE NO. 08-1050** |
| **Fisher, et al.** | ) | |
| Defendant | ) | |

**TO: THE WARDEN of** Graham Correctional Center at Hillsboro, IL.

     **WE COMMAND** that you produce the body of **Donald Mascio**, Register No. **B15769**, who is in your custody at Graham Correctional Center before the United States District Court on **9/18/08, at 2:15 p.m.** by making that person personally available at a telephone at the institution to participate in a hearing before the court by **TELEPHONE CONFERENCE CALL** between the plaintiff and counsel for the defendants. This telephone conference call is a public proceeding as though the prisoner were present in open court. Anyone can listen. At the termination of said hearing you may return him to his current regular assignment.

     **WITNESS** the Honorable Pamela E. Robinson, CLERK of the United States District Court for the Central District of Illinois.

DATED: August 27, 2008

                                              PAMELA E. ROBINSON, CLERK
                                              UNITED STATES DISTRICT COURT

                                              BY: __s/M. Bailey_____
                                                    Deputy Clerk